SEPTEMBER 5, 2001

No. 00–10827 (01A144). TUCKER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

SEPTEMBER 7, 2001

No. 00A1141. (01–286). TWEEDY *v.* OKLAHOMA BAR ASSN. Sup. Ct. Okla. Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. D–2254. IN RE DISBARMENT OF STIDHAM. Chuck R. Stidham, of Cincinnati, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2255. IN RE DISBARMENT OF EVANS. Francis Birt Evans, Jr., of Canton, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2256. IN RE DISBARMENT OF GRIFFITHS. David Griffiths, of Bronx, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 99–1786. GREAT-WEST LIFE & ANNUITY INSURANCE CO. ET AL. *v.* KNUDSON ET AL. C. A. 9th Cir. [Certiorari granted, 531 U. S. 1124.] Motion of Maryland HMO Subrogation Plaintiffs for leave to file a brief as *amici curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.